IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern Division - Elizabeth City

Case No. 2:16-CV-18-D

| | | |
|---|---|---|
| LORRAINE LAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING CONSENT** |
| | ) | **MOTION TO REMAND TO** |
| WAL-MART STORES, INC., and | ) | **STATE SUPERIOR COURT** |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER having come before the Court upon the consent motion of the parties that this matter be remanded to the Superior Court Division of Hertford County, North Carolina, and the Court finding that the motion should be allowed, it is hereupon ORDERED that this matter be remanded to the Superior Court Division of Hertford County, North Carolina.

DONE and ORDERED this 18 day of May, 2016.

_____
Judge of the United States District Court
for the Eastern District of North Carolina